Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KFC CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-05580-DSF-SS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Brett DeSalvo hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiff's individual claims will be filed upon execution of a formal settlement agreement.  Plaintiff reserves a right to reopen within thirty (30) days if a settlement is not finalized.

Dated: October 7, 2019　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Thiago M. Coelho*
　　　　　　　　　　　　　　　　　　　　　　　Thiago M. Coelho
　　　　　　　　　　　　　　　　　　　　　　　Bobby Saadian
　　　　　　　　　　　　　　　　　　　　　　　**WILSHIRE LAW FIRM**
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, October 7, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: October 7, 2019                    */s/ Thiago M. Coelho*
                                                              Thiago M. Coelho